<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><br><u><strong>Southern District of Florida</strong></u></td></tr>
<tr><td>Case number <em>(If known)</em>: _____</td><td>Chapter <u>11</u></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Vyvve LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-3669385** |

| | |
|---|---|
| 4. | **Debtor's address** |

**Principal place of business**

**1700 Cocoanut Road**
Number        Street

**Boca Raton**        **FL**    **33432**
City                    State    Zip Code

**PALM BEACH**
County

**Mailing address, if different from principal place of business**

Number        Street

City                    State    Zip Code

**Location of principal assets, if different from principal place of business**

Number            Street

City                    State    Zip Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | **www.Vyvve.com** |

| Debtor | **Vyvve LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**6.    Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.    Describe debtor's business:**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**3254**

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    **Vyvve LLC**                                                    Case number *(if known)* _____
          Name

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                    MM/DD/YYYY

        District _____  When _____  Case number _____
                                    MM/DD/YYYY

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                    MM/DD/YYYY

        Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number          Street

_____
City                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Vyvve LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.  Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.  Estimated assets**

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **4/7/2025**
                        MM / DD / YYYY

**x   /s/ Michael Michienzi**                                    **Michael Michienzi**
      Signature of authorized representative of debtor                Printed name

              **Chairman of the Board &**
              **President**
Title

Debtor    **Vyvve LLC**             Case number *(if known)* _____
Name

**18.**   **Signature of attorney**

✗ **/s/ Robert Charbonneau**        Date _____
Signature of attorney for debtor            MM / DD / YYYY

**Robert P Charbonneau**
Printed name

**Agentis PLLC**
Firm name

**45 Almeria Avenue**
Number       Street

**Coral Gables**             **FL**       **33134**
City                         State     ZIP Code

**(305) 722-2002**          **rpc@agentislaw.com**
Contact Phone               Email address

**968234**             **Florida**
Bar number            State

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

*In re:*

|  |  |
|---|---|
| VYVVE, LLC | Chapter 11 |
|  | Subchapter V |
|  | Case No. : 25-_____-_____ |

_____Debtor._____ /

**GLOBAL NOTES AND**
**STATEMENTS OF LIMITATIONS, METHODOLOGY**
**AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

1.      The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "SOFA" and, together with the Schedules, the "Schedules & SOFA") filed by Debtor-in-Possession, VYVVE, LLC in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") have been prepared pursuant to 11 U. S. C.  § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

2.      This case commenced on April 7, 2025 (the "Petition Date") with the filing of a voluntary petition under Chapter 11, Subchapter V of the Bankruptcy Code.

3.      These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Schedules and Statements* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. [1] In the event that the Schedules and Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

---

[1]  These Global Notes are in addition to the specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtor has prepared a "Specific Note" with respect only to specific Schedules and Statements should not be interpreted as a decision by the Debtor to exclude the applicability of such Specific Note to any of the Debtor's remaining Schedules and Statements, as appropriate.



4.      The Schedules and Statements do not purport to represent financial statements prepared in accordance with *Generally Accepted Accounting Principles* in the United States ("GAAP"), nor are they intended to be fully reconciled to the Debtor's financial statements. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. In preparing the Schedules and Statements, the Debtor relied on financial data derived from their books and records that was available at the time of such preparation. The Debtor has made reasonable and good faith efforts to ensure the accuracy and completeness of such financial information, but further research or discovery may identify subsequent information that may necessitate material amendments to the Schedules and Statements. As a result, the Debtor is unable to warrant or represent that the Schedules and Statements are without inadvertent errors, omissions, or inaccuracies and may be amended in the future.

5.      Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtor's rights or an admission with respect to their chapter 11 cases, including, without limitation, any issues involving substantive consolidation, offsets or defenses, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

6.      Parties in interest are referred to the *Declaration of Michael Michienzi in Support of First Day Relief* and the *Declaration of Terry Polisitina in Support of First Day Relief*. In reviewing and signing the SOFA, the Debtor necessarily relied upon the efforts, statements and representations of the Debtor's other personnel and professionals, to the extent available to them as of September 3, 2024, when the current board took over. Prior to September 1, 2024, the Debtor was controlled by Stephen Gatto, who is the former CEO and Chair of the Board. The Debtor has requested information from Mr. Gatto; information that is required to complete the



SOFA, particularly as it relates to transfers to Insiders. However, Mr. Gatto has failed to produce the requested information. Michael Michienzi was installed as Chair of the Board on September 1, 2024 and has signed the bankruptcy petition based on his best knowledge and belief. Mr. Michienzi has not personally verified the accuracy of each individual statement and representation, including, for example, those concerning amounts owed to individual creditors, classification of such amounts and creditors' addresses.  Among other things, the Schedules & SOFA contain unaudited information, which is subject to further review and potential adjustment and as such, there can be no assurance that these Schedules & SOFA are complete. Furthermore, nothing contained in the Schedules & SOFA shall constitute a waiver of rights with respect to this chapter 11 case, including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules & SOFA (the "<u>Global Notes</u>") are incorporated by reference in, and comprise an integral part of, the Schedules & SOFA, and should be referred to and reviewed in connection with any review of the Schedules & SOFA.

<b><u>GENERAL NOTES</u></b>

7.    **<u>Confidential or Sensitive Information</u>**:  In certain cases, the Debtor may have intentionally altered, revised, redacted or consolidated certain information in the Schedules & SOFA due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information or concerns for the privacy of an individual. In addition, in certain instances, the sensitivity of such information may require its omission from the Schedules & SOFA. To the extent possible, the alterations, redactions,



consolidations and omissions have been limited to the extent determined by the Debtor to be necessary or appropriate to protect the Debtor or third parties while also providing interested parties with sufficient information in response to the Schedules & SOFA.

8.      The Schedules & SOFA have been prepared by the Debtor who has reviewed the Debtor's books and records limited information available to the Board as of September 1, 2024. The Debtor intends to discover financial information that precedes that period through Rule 2004 of the Federal Rules of Bankruptcy Procedure. The facts set forth herein are derived from the Debtor's review of those records and information conveyed by other members of senior management of the Debtor and other professionals

9.      **Global Reservation of Rights:** The Debtor reserves all rights to change, challenge, and dispute any designation, classification, amount, priority or existence of any claim listed in the Schedules & SOFA. The Debtor further reserves the right to assert any defenses, or assert any offset to any claim listed in the Schedules & SOFA. The Debtor expressly retains all rights to seek equitable or contractual subordination of any listed claim. Nothing contained in the Schedules & SOFA shall constitute an admission.

10.     **Amendment(s)**. Reasonable efforts were made to prepare and file complete and accurate Schedules & SOFA; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and/or supplement the Schedules & SOFA as is necessary or appropriate.

11.     **Basis of Presentation**. The Schedules require the Debtor to report assets at current market values. In instances where the Debtor had current valuations, the Schedules and SOFA reflect those values. Otherwise, the Debtor reported assets on a book or net book value basis and noted such treatment. In addition, the amounts shown for total assets and liabilities



exclude items identified as "unknown" or "undetermined" and, thus, ultimate assets and liabilities may differ materially from the amounts in the Schedules. For these and other reasons, the Schedules and SOFA may not reconcile to the Debtor's books and records which it prepares on an income tax basis. Furthermore, these Schedules and SOFA do not purport to represent financial statements and do not necessarily reflect the amounts that would be set forth in financial statements prepared in accordance with generally accepted accounting principles ("GAAP"). The Debtor makes no representation of the value ultimately realizable from or the collectability of any assets presented herein.

12.    **Estimates**. To obtain asset and liability balances as of the Petition Date, the Debtor made certain estimates and assumptions that affected the reported amounts of assets and liabilities.  Actual results could differ from those estimates.

13.    **Causes of Action**. Despite reasonable efforts to identify all known assets, the Debtor has not had access to information required to list all actual or potential causes of action against third parties as assets in their Schedules & SOFA. These causes of action include, but are not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtor reserves all rights with respect to any claims, causes of action or avoidance actions they may have whether or not listed in the Schedules & SOFA. Neither these Global Notes nor the Schedules & SOFA shall be deemed a waiver of any such claim, cause of action or avoidance action or in any way prejudice or impair the assertion of such claims.

14.    **Recharacterization**. The Debtor has made every reasonable effort to correctly characterize, classify, categorize, and designate claims, assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA. However, due to the



complexity and size of the Debtor's operations and its current lack of access to source documents, the Debtor may not have properly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available.

15.     **Court Orders**. The Bankruptcy Court may enter orders authorizing (but not directing) the Debtor to continue certain prior practices and to make payments in respect of certain claims and obligations arising prior to the Petition Date. Such payments could include, but are not limited to, employee obligations and withholding and payroll-related taxes (See additional detail under Schedules E and F below). During the pendency of this case, the Bankruptcy Court may authorize the Debtor to pay additional balances in accordance with relief the Debtor may seek. Accordingly, the actual claim balances as of the date of the Schedules or subsequent dates may be less than the Petition Date balances.

16.     **Net Book Value of Assets**. Unless otherwise indicated, the Debtor's assets are shown on the basis of their net book value as of December 31, 2024. Amounts ultimately realized or realizable on account of such assets may vary from net book value and such variance may be material. Attempts to obtain current market valuations of all assets would be unduly burdensome and an inefficient use of estate assets. Accordingly, the Debtor has not attempted to do so in connection with the preparation of the Schedules & SOFA. The information provided herein, except as otherwise noted, represents the asset and liability data available to the Debtor as of the Petition Date.

17.     **Claims Designations**. Claims of creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtor's books and records,



and may not reflect credits or allowances that may be due from such creditors to the Debtor. The Debtor reserves the right to seek recovery of such credits or allowances. Any failure to designate a claim on the Debtor's Schedules & SOFA as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute or object to any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated." Schedule D.    Except as otherwise agreed in accordance with a stipulation or agreed order or any other order entered by the Bankruptcy Court, the Debtor reserves their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Holders of secured claims by virtue of holding setoff rights against the Debtor are not included on Schedule D. Lessors, utility companies and other parties which may hold security deposits have been listed on Schedule B to the extent the information is currently available.

## SCHEDULES AND SOFA DISCLAIMERS

18.    **Schedule D Disclaimer**: Certain "Creditors Holding Secured Claims" are derived from a UCC search of the Debtor as well as accounts payable reports. These creditors may be listed with an "unknown amount" and listed as disputed. The Debtor does not acknowledge or admit that by classifying the existence, validity, or amount of such claim or security interest that the identified creditors possess a valid claim to the Debtor's assets. The Debtor expressly retains all rights to challenge the existence, validity, perfection, collectability or amount of any alleged



secured claim, and retains all other rights to challenge any alleged secured claim, on any basis, including the right to establish equitable or contractual subordination of such claim.

19.     **Schedule F Disclaimer**: The Debtor reserves the right to challenge the amount, nature, and classification of any claim listed on Schedule F.

20.     **Schedule G Disclaimer Executory Contracts and Unexpired Leases**: Although reasonable efforts were made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over inclusion may have occurred, particularly in this case where the Debtor's important operational licenses are held by entities controlled by Mr. Gatto. The Debtor hereby reserves all of their rights to dispute the validity, status or enforceability of any contract or other agreement set forth in Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements, which may not be listed therein. Additionally, the placing of a contract, license, or lease onto this Schedule shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid and enforceable contract.Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings, and the inclusion of such on Schedule G is not an admission that the agreement is an executory contract, financing agreement or otherwise.

21.     **Statements of Financial Affairs Disclaimers:** As set forth above, a significant portion of the information required to complete the SOFA, particularly as it relates to transfers to Insiders, is in the possession of Mr. Gatto. The Debtor has completed the SOFA based on its most reasonable informed knowledge and the documentation available to it as of the Petition Date.



* * * END OF NOTES * * *
* FILING BEGINS ON THE FOLLOWING PAGE *



**Fill in this information to identify the case and this filing:**

Debtor Name ___**Vyvve LLC**___

United States Bankruptcy Court for the: ___**Southern District of Florida**___

Case number *(If known)*: _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### ▌ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**4/7/2025**___          **x** ___**/s/ Michael Michienzi**___
            MM/DD/YYYY                              Signature of individual signing on behalf of debtor

                                        ___**Michael Michienzi**___
                                        Printed name

                                        ___**Chairman of the Board & President**___
                                        Position or relationship to debtor

---

Copyright © Financial Software Solutions, LLC                                    BlueStylus

**Fill in this information to identify your case:**

Debtor Name **Vyvve LLC**

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*): _____

☐ Check if this is an
   amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Homer Bonner Jacobs Ortiz 1441 Brickell Avenue Miami, FL 33131 | Homer Bonner Jacobs Ortiz (954) 609-9940 jlabarge@homerbonner.com | | | | | $161,396.98 |
| 2  Greenberg Traurig 8400 NW 36TH Street, Suite 400 Miami, FL 33166 | Greenberg Traurig (305) 418-8620 greenem@gtlaw.com | | Disputed | | | $58,095.16 |
| 3  Entrinsic Consumer Health, LLC a/k/a Amilyfe Consumer Health LLC 220 Norwood Park South, Suite 100 Norwood, MA 02062 | Entrinsic Consumer Health, LLC a/k/a Amilyfe Consumer Health LLC () - scox@amilyfe.com | Trade Debt | Unliquidated | | | $25,000.00 |
| 4  Carta Investor Services, Inc. 333 Bush Street, Floor 23, Suite 2300 San Francisco, CA 94101 | Carta Investor Services, Inc. () - | Trade Debt | Unliquidated Disputed | | | $9,900.00 |
| 5  2782 Growth Advisors LLC 2782 Margaret Mitchell Drive NW Atlanta, GA 30327 | 2782 Growth Advisors LLC (404) 538-8421 matthughes2782@outlook.com | Trade Debt | | | | $8,333.33 |

Debtor    **Vyvve LLC**                          Case number *(if known)*
            Name

| 6 | **Profit Maximization Consultants**<br>**1776 N Scottsdale Rd 2453**<br>**Scottsdale, AZ 85252** | **Profit Maximization Consultants**<br>**(602) 689-9150**<br>**bsuddarth@vyvve.com** | | | | | **$7,500.00** |
|---|---|---|---|---|---|---|---|
| 7 | **Morse, Barnes-Brown & Pendleton**<br>**480 Totten Pond Road , 4th Floor**<br>**Waltham, MA 02451** | **Morse, Barnes-Brown & Pendleton**<br>**(781) 622-2593**<br>**billng@morse.law** | | | | | **$5,025.00** |
| 8 | **EAG New England, LLC (EisnerAmper)**<br>**160 Federal St., 9th Floor**<br>**Boston, MA 02110** | **EAG New England, LLC (EisnerAmper)**<br>**(617) 478-8341**<br>**ma.billing@eisneramper.com** | **Trade Debt** | | | | **$4,500.00** |
| 9 | **Wildfire Creative Partners, LLC**<br>**473 South Street**<br>**Foxboro, MA 02035** | **Wildfire Creative Partners, LLC**<br>**(781) 771-1783**<br>**gatto.kaitlyn@gmail.com** | | **Disputed** | | | **$2,500.00** |
| 10 | **Ben Linden**<br>**1 Jacqueline Circle**<br>**Natick, MA 01760** | **Ben Linden**<br>**(617) 921-1449** | **Trade Debt** | | | | **$1,100.00** |

Copyright © Financial Software Solutions, LLC      BlueStylus

**Fill in this information to identify your case:**

Debtor Name   **Vyvve LLC**

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*): 

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals                    **12/15**

| **Part 1:** | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................... $ **225,676.49**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................. $ **225,676.49**

| **Part 2:** | Summarize Your Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D............................................ $ **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................... $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................ **+** $ **283,350.47**

4. **Total liabilities** .......................................................................................................... $ **283,350.47**
    Lines 2 + 3a + 3b

**Fill in this information to identify your case:**

Debtor Name  **Vyvve LLC**

United States Bankruptcy Court for the:  **Southern District of Florida**

Case number *(if known)*  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**
   - ☐ No. Go to Part 2.
   - ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**        $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1   Citizens Business Checking | Checking Account | 1428 | $    7,042.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.
   
   $       7,042.00

Copyright © Financial Software Solutions, LLC               BlueStylus

Debtor     **Vyvve LLC**                                Case number *(if known)* _____
             Name

---

| **Part 2:** | Deposits and prepayments |
|---|---|

6.  **Does the debtor have any deposits or prepayments?**
    - ☐ No. Go to Part 3.
    - ☒ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    **8.1**    Prepayment of Insurance policies ($7,600 (D&O) $7,300 (GL))       $        14,900.00

9.  **Total of Part 2**
    Add lines 7 through 8. Copy the total to line 81.

    $        14,900.00

---

| **Part 3:** | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**
     - ☒ No. Go to Part 4.
     - ☐ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

11.  **Accounts receivable**

     **11a. 90 days old or less:**    _____ – _____ =   $ _____
                                face amount           doubtful or uncollectible accounts

     **11b. Over 90 days old:**    _____ – _____ =   $ _____
                              face amount           doubtful or uncollectible accounts

12.  **Total of Part 3**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

     $ _____ 0.00

---

Copyright © Financial Software Solutions, LLC                                                BlueStylus

Debtor    **Vyvve LLC**
Name

Case number *(if known)* _____

---

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____ **0.00**

---

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **Inventory located at Manufacturer in Canada** | **1/1/2025** <br> MM / DD / YYYY | $ **18,000.00** | | $ **Unknown** |
| **22. Other inventory or supplies** | | | | |
| **R&D Inventory and use only, no commercial value** | MM / DD / YYYY | $ **0.00** | | $ **0.00** |

---

Debtor   **Vyvve LLC**                                          Case number *(if known)* _____
_____
Name

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____ **0.00**

24. **Is any of the property listed in Part 5 perishable?**

☒  No

☐  Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒  No

☐  Yes.

Book value   $ _____   Valuation method _____   Current Value  $ _____

26  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒  No

☐  Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒  No. Go to Part 7.

☐  Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

Debtor    **Vyvve LLC**                                    Case number *(if known)* _____
          Name

32. **Other farming and fishing-related property not already listed in Part 6**

_____    $_____    _____    $_____

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                    $_____ **0.00**

34. **Is the debtor a member of an agricultural cooperative?**
    ☒ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☒ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes

        Book value    $_____    Valuation method _____    Current Value   $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☒ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☒ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|----------------------------------------|-----------------------------------|

39. **Office furniture**

_____    $_____    _____    $_____

40. **Office fixtures**

_____    $_____    _____    $_____

Copyright © Financial Software Solutions, LLC                                            BlueStylus

Debtor      **Vyvve LLC**
       Name

Case number *(if known)* _____

41. **Office equipment, including all computer equipment and communication systems equipment and software**

_____    $ _____    _____    $ _____

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

_____    $ _____    _____    $ _____

43. **Total of Part 7.**

Add lines 38 through 42. Copy the total to line 86.

$ _____ **0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 8:**  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| _____ | $ _____ | _____ | $ _____ |
| 49. **Aircraft and accessories** | | | |
| _____ | $ _____ | _____ | $ _____ |

---

**Schedule A/B: Property — Real and Personal Property**

Copyright © Financial Software Solutions, LLC

Debtor     **Vyvve LLC**                                              Case number *(if known)* _____
_____
Name

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   **Machinery See Exhibit "B50.1"**
   <u>located in Devon storage facility in Walpole, MA</u>     $ _____ 0.00          _____     $ _____ 91,279.49

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.                                             $ _____ 91,279.49

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☒ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**
   ☒ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     $ _____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☒ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

Copyright © Financial Software Solutions, LLC                                                                              BlueStylus

Debtor    **Vyvve LLC**
_____    Case number *(if known)* _____
Name

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br> _____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites** <br> **www.Vyvve.com** | $ **0.00** | _____ | $ **0.00** |
| 62. **Licenses, franchises, and royalties** <br> **Exclusive license worldwide and exclusive right to develop, manufacture and sell anti-aging and beauty products under certain trademarks, including the trademark "AAMPLFY_ROL."** | $ **0.00** | _____ | $ **Unknown** |
| 63. **Customer lists, mailing lists, or other compilations** <br> _____ | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** <br> _____ | $ _____ | _____ | $ _____ |
| 65. **Goodwill** <br> _____ | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ **0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

---

**Schedule A/B: Property — Real and Personal Property**
Copyright © Financial Software Solutions, LLC

Debtor    **Vyvve LLC**
_____    Case number *(if known)* _____
Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| **Part 11:** | All other assets |
|---|---|

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  |  |
|---|---|
|  | **Current value of debtor's interest** |

71. **Notes receivable**
Description (include name of obligor)

_____ – _____ = $ _____
                Total face amount    doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**Net Operating Losses** _____    Tax Year **2023**    $ **112,455.00**

**Net Operating Losses** _____    Tax Year **2024**    $ **Unknown**

73. **Interests in insurance policies or annuities**

**D&O Traveler's Insurance Policy # 107974061 (1/11.2025 - 1/11/2026)**    $ **Unknown**

**General Liability Insurance Policy#**    $ **Unknown**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Potential Causes of Action and Counter Claims against
Stephan Gatto and/or related entities for various
commercial torts, including breach of fiduciary duty**    $ **Unknown**

**Nature of claim** _____

**Amount requested** $ **0.00**

_____

---

Debtor    **Vyvve LLC**
_____    Case number *(if known)* _____
Name

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $ _____

Nature of claim    _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

_____    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $ _____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.    $              112,455.00

79 **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $              7,042.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $            14,900.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $                   0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $                   0.00 | |
| 84 **Inventory.** *Copy line 23, Part 5.* | $                   0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $                   0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $                   0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $            91,279.49 | |

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor    **Vyvve LLC**                                                       Case number *(if known)* _____
_____
Name

88. **Real property.** *Copy line 56, Part 9.* ....................................................➔        $_____0.00

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*       $_____0.00

90. **All other assets.** *Copy line 78, Part 11.*        +    $_____112,455.00

91. **Total.** Add lines 80 through 90 for each column...................... 91a.    $_____225,676.49    + 91b.    $_____0.00

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.   ....................................................................    $_____225,676.49

Copyright © Financial Software Solutions, LLC

| Instrument/ Equipment | Vendor/ Manufacturer | Serial Number | Model Number | Equipment Value | |
|---|---|---|---|---|---|
| Water Bath | Thomas Sci/ Poly-science | E119A0409 | WBE20 | $ 1,304.75 | |
| Water Bath | Thomas Sci/ Poly-science | E12051029 | WBE21 | $ 1,304.75 | |
| Incubator (1/ 2) | PHC Cor. of N. America (PHCNA) | 21050101 | MCO-170AICUVDL-PA | $ 5,212.50 | |
| Incubator (1/ 2) | PHC Cor. of N. America (PHCNA) | 21050103 | MCO-170AICUVDL-PA | $ 5,212.50 | |
| Analytical Balance | Fisher/ Mettler Toledo | B944492625 | XSR 204 | $ 5,522.82 | |
| Digital Scale | Fisher/ Mettler Toledo | C013211464 | PL1502E | $ 1,292.40 | |
| pH Meter | Fisher/ Mettler Toledo | C112388149 | Seven Compact S220 | $ 1,000.00 | |
| Stir/ Heat plate | Thomas Scientific/ Benchmark | 17319100127 | H3710-HS | $ 683.97 | |
| Stir/ Heat plate | Thomas Scientific/ Benchmark | 17319100125 | H3710-HS | $ 683.97 | |
| Heat plate | Fisher Scientific/ Benchmark | 143319038049 | 6795-400D | $ 352.44 | |
| Heat plate | Fisher Scientific/ Benchmark | 143319038008 | 6795-400D | $ 352.44 | |
| Mini spinner (Purple) | ASI/ ASI | 043-16031-19070071 | C1008-P | $ 346.90 | |
| Mini spinner (Blue) | ASI/ ASI | 043-16031-20100420 | C1008-B | $ 346.90 | |
| Mini spinner (Green) | ASI/ ASI | 043-16031-21010272 | C1008-G | $ 346.90 | |
| Centrifuge | Eppendorf/ Eppendorf | 5811IM388710 | 5810R | $ 3,575.00 | |
| Centrifuge | Eppendorf/ Eppendorf | 54041P238785 | 5424R | $ 3,690.00 | |
| Refrigerator | Fisher/ Fisher | 1163827301200200 | ? | $ 13,869.88 | From fixed asset sheet |
| Freezer | PHC Cor. of N. America (PHCNA) | 191290997 | ? | $ 3,140.25 | From fixed asset sheet |
| Vortex Mixer | Fisher Scientific/ Lab Force; Bench Mark | 19020328 | BV1000 | $ 252.12 | |
| Dry Bath Digital 4 Block | Fisher Scientific/ Thermo Scientific | JABT70003040 | 4 block | $ 700.00 | |
| Li-Core Odyssey Imaging System | Li-Core/ Li-Core | CLX-2690 | 9140 | $ 12,495.00 | |
| Light Cycler 480 II | Roche/ Roche | 33424 | 480 II | $ 11,995.00 | |
| T100 Thermal Cycler | BioRad/BioRad | 621BR60234 | T100 | $ 1,000.00 | |
| Liquid Nitrogen Dewar | Fisher Scientific/ Thermo Scientific | NPB20204105904 | Locator 8 Plus | $ 1,600.00 | |

| Instrument/ Equipment | Vendor/ Manufacturer | Serial Number | Model Number | Equipment Value |
|---|---|---|---|---|
| Vornado™ Miniature Tube Vortexer | ASI/ Bench Mark | 21051663 (P) | BV101 | $ 190.00 |
| Vornado™ Miniature Tube Vortexer | ASI/ Bench Mark | 21010028 (B) | BV101 | $ 190.00 |
| Vornado™ Miniature Tube Vortexer | ASI/ Bench Mark | 21041400 (G) | BV101 | $ 190.00 |
| Powerpack HC | BIO-RAD | 043BR82929 | Powerpack HC | $ 175.00 |
| Powerpack HC | BIO-RAD | 043BR81950 | Powerpack HC | $ 175.00 |
| Powerpack HC | BIO-RAD | 043BR81987 | Powerpack HC | $ 175.00 |
| Microscope | Fisher Scientific/ Invitrogen | F2321-1727-0118 | EVOS XL Core | $ 3,750.00 |
| Orbital Shaker | Benchmark | 19060053 | BT30 | $ 850.00 |
| UltraTurrax (Homogenizer) | IKA | 184882 | T25 DS1 | $ 2,495.00 |
| Electronic Kitchen Scale | Uten | N/A | | $ 10.00 |
| Tube Revolver | Thermo Scientific | J9CT81001283 | 88881001 | $ 300.00 |
| Down Draft Table | ? | ? | ? | $ 6,499.00 |

$ 91,279.49

**Fill in this information to identify your case:**

Debtor Name   **Vyvve LLC**

United States Bankruptcy Court for the:  **Southern District of Florida**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

1.  **Do any creditors have claims secured by your property?**
    ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- |

| 3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any** | $_____0.00 |
| --- | --- |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed in Part 1 |
| --- | --- |

**List in alphabetical order any others who must be notified for a debt already listed in Part 1.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify your case:**

Debtor    **Vyvve LLC**

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*if known*): _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | Total Claim | Priority Amount |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

**Nonpriority creditor's name and mailing address**

**2782 Growth Advisors LLC**

**2782 Margaret Mitchell Drive NW**

**Atlanta, GA 30327**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 8,333.33

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Description**

**Trade Debt**

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor    **Vyvve LLC**                                                    Case number *(if known)* _____
              Name

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $ 1,100.00 |
|---|---|---|---|---|

**3.2**  Nonpriority creditor's name and mailing address

**Ben Linden**

**1 Jacqueline Circle**

**Natick, MA 01760**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,100.00**

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description

**Trade Debt**

Last 4 digits of account number    _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.3**  Nonpriority creditor's name and mailing address

**Carta Investor Services, Inc.**

**333 Bush Street, Floor 23, Suite 2300**

**San Francisco, CA 94101**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

$ **9,900.00**

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description

**Trade Debt**

Last 4 digits of account number    _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.4**  Nonpriority creditor's name and mailing address

**EAG New England, LLC (EisnerAmper)**

**160 Federal St., 9th Floor**

**Boston, MA 02110**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,500.00**

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description

**Trade Debt**

Last 4 digits of account number    _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Debtor    **Vyvve LLC**
_____    Case number *(if known)* _____
Name

---

| 3.5 | Nonpriority creditor's name and mailing address |
|-----|---|

**Entrinsic Consumer Health, LLC a/k/a Amilyfe
Consumer Health LLC**

**220 Norwood Park South, Suite 100**

**Norwood, MA 02062**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

$                          25,000.00

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description

**Trade Debt**

Last 4 digits of account number    _____

Is the claim subject to offset?

☐ No
☒ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address |
|-----|---|

**Greenberg Traurig**

**8400 NW 36TH Street, Suite 400**

**Miami, FL 33166**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$                          58,095.16

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description

Last 4 digits of account number    _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address |
|-----|---|

**Homer Bonner Jacobs Ortiz**

**1441 Brickell Avenue**

**Miami, FL 33131**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                          161,396.98

Date or dates debt was incurred
_____

Basis for the claim:
_____

Description

Last 4 digits of account number    _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Debtor    **Vyvve LLC**                                    Case number *(if known)* _____
Name

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 5,025.00 |

**Morse, Barnes-Brown & Pendleton**

**480 Totten Pond Road , 4th Floor**

**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                         Basis for the claim:                         Description
_____                         _____

Last 4 digits of account number   _____   Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 7,500.00 |

**Profit Maximization Consultants**

**1776 N Scottsdale Rd 2453**

**Scottsdale, AZ 85252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                         Basis for the claim:                         Description
_____                         _____

Last 4 digits of account number   _____   Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,500.00 |

**Wildfire Creative Partners, LLC**

**473 South Street**

**Foxboro, MA 02035**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred                         Basis for the claim:                         Description
_____                         _____

Last 4 digits of account number   _____   Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor     **Vyvve LLC**                                                    Case number *(if known)* _____
           Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**                    Total of claim amounts

5a.   **Total claims from Part 1**                                5a.     $_____ **0.00**

5b.   **Total claims from Part 2**                                5b.  **+**  $_____ **283,350.47**

5c.   **Total of Parts 1 and 2**                                 5c.     $_____ **283,350.47**
      Lines 5a + 5b = 5c.

**Fill in this information to identify your case:**

Debtor Name  __Vyvve LLC__

United States Bankruptcy Court for the: __Southern District of Florida__

Case number (*If known*): _____    Chapter    __11__

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | __Consulting Services__ | Profit Maximization Consultants, LLC |
|---|---|---|---|
|  | State the term remaining | __4__ |  |
|  | List the contract number of any government contract | _____ |  |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | __License Agreement__ | Entrinsic Consumer Health, LLC a/k/a Amilyfe Consumer Health LLC<br>500 River Ridge Drive, Suite 100<br>Norwood, MA 02062 |
|---|---|---|---|
|  | State the term remaining | _____ |  |
|  | List the contract number of any government contract | _____ |  |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | __Agreement__ | Meaningful Beauty LLC<br>100 N. Pacific Coast Highway, 16th Floor<br>El Segundo, CA 90245 |
|---|---|---|---|
|  | State the term remaining | __16__ |  |
|  | List the contract number of any government contract | _____ |  |

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

**Fill in this information to identify your case:**

Debtor Name    **Vyvve LLC**

United States Bankruptcy Court for the:  **Southern District of Florida**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Schedule H: Your Codebtors**

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

Debtor name __Vyvve LLC__

United States Bankruptcy Court for the: __Southern District of Florida__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __1/1/2025__ to Filing date<br>MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $              0.00 |
| **For prior year:** | From __1/1/2024__ to __12/31/2024__<br>MM/DD/YYYY      MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $       818,750.00 |
| **For the year before that:** | From __1/1/2023__ to __1/1/2023__<br>MM/DD/YYYY      MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $              0.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM/DD/YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM/DD/YYYY      MM/DD/YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM/DD/YYYY      MM/DD/YYYY | _____ | $_____ |

Copyright © Financial Software Solutions, LLC

Debtor    **Vyvve LLC**
_____
Name                                             Case number *(if known)* _____

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

3.    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | **Entrinsic Consumer Health, LLC a/k/a Amilyfe Consumer Health LLC** <br> Creditor's Name <br><br> **220 Norwood Park South, Suite 100** <br> Number    Street <br><br> **Norwood          MA    02062** <br> City          State   ZIP Code | **2/14/2025** _____ <br><br> _____ <br><br> _____ | $          **50,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.2 | **Homer Bonner Jacobs Ortiz** <br> Creditor's Name <br><br> **1441 Brickell Avenue** <br> Number    Street <br><br> **Miami          FL    33131** <br> City          State   ZIP Code | **1/13/2025** _____ <br><br> _____ <br><br> _____ | $          **32,459.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☒ Services <br> ☐ Other _____ |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.3 | **Profit Maximization Consultants** <br> Creditor's Name <br><br> **1776 N Scottsdale Rd 2453** <br> Number    Street <br><br> **Scottsdale          AZ    85252** <br> City          State   ZIP Code | **1/27/2025 $5,459.21 and 2/28/2025 $7,978.22** _____ | $          **13,437.43** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☒ Services <br> ☐ Other _____ |

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

---

Debtor    **Vyvve LLC**                                                    Case number *(if known)* _____
_____
Name

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| **4.1** | _____ <br> Insider's Name | _____ | $ _____ 0.00 | At present, the Debtor does not have complete information required to complete this section. See Ex. "SOFA 4" |
|  | _____ <br> Number      Street | _____ |  |  |
|  | _____ <br> City            State   ZIP Code | _____ |  |  |
|  | **Relationship to debtor** <br> _____ |  |  |  |

5.    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

|  | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | _____ <br> Creditor's Name |  | _____ | $ _____ |
|  | _____ <br> Number      Street |  |  |  |
|  | _____ <br> City            State   ZIP Code |  |  |  |

6.    **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

|  | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| **6.1** | _____ <br> Creditor's Name | At present, the Debtor does not have complete information required to complete this section. | _____ | $ _____ 0.00 |
|  | _____ <br> Number      Street |  |  |  |
|  | _____ <br> City            State   ZIP Code | Last 4 digits of account number: XXXX– _____ |  |  |

| **Part 3:** | Legal Actions or Assignments |
|---|---|

7.    **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Copyright © Financial Software Solutions, LLC                                                                              BlueStylus

Debtor    __Vyvve LLC__                                    Case number (if known) _____
          Name

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | **AMILYFE BIOSCIENCE, LLC v. VYVVE, LLC,** | **Contract Dispute** | **American Arbitration Association** <br> Creditor's Name | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
|  | Case Number <br> **01-24-0008-5121** | | Number      Street <br><br> City                State   ZIP Code | |
| 7.2 | **Amilyfe BioScience, LLC, et. al. v. Vyvve, LLC** | **Commercial Dispute** | **Superior Court of the Commonwealth of Massachusetts** <br> Creditor's Name <br> **Suffolk County Courthouse, 3 Pemberton Square 13th Floor** | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
|  | Case Number <br> **2582CV00127** | | Number      Street <br> **Boston            MA    02108** <br> City              State   ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

|  | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| 8.1 | _____ <br> Custodian's name | _____ <br> Case title | $ _____ |
|  | _____ <br> Number    Street | _____ <br> Case number | Court name and address <br> _____ <br> Court's Name |
|  | _____ <br> City          State   ZIP Code | _____ <br> Date of order or assignment <br> _____ | _____ <br> Number    Street <br><br> _____ <br> City          State   ZIP Code |

---

**Part 4:**    Certain Gifts and Charitable Contributions

---

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Debtor    **Vyvve LLC**                                            Case number *(if known)* _____
      Name

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| **9.1** | | | | $ _____ **0.00** |
| | Recipient's Name | | | |
| | **At present, the Debtor does not have complete information required to complete this section.** | | | |
| | Number     Street | | | |
| | City                State   ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

---

**Part 5:**   Certain Losses

---

10.    **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|---|
| **10.1** | | | | $ _____ |

---

**Part 6:**   Certain Payments or Transfers

---

11.    **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor    **Vyvve LLC**                                              Case number *(if known)* _____
_____
Name

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**11.1**    **Agentis PLLC**
Recipient's Name

**45 Almeria Avenue**
Number      Street

**Coral Gables**            **FL**    **33134**
City                              State    ZIP Code

**Email or website address**

**www.agentislaw.com**

**Who made the payment, if not debtor?**

$    **75,000.00**

_____

---

**12.    Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **12.1** _____ | | | $ _____ |
| **Trustee** | | | |

---

**13.    Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**13.1**
Recipient's Name

**At present, the Debtor does not have complete information required to complete this section.**
Number      Street

City                    State    ZIP Code

**Relationship to debtor**

$    **0.00**

_____

---

Copyright © Financial Software Solutions, LLC

Debtor    **Vyvve LLC**                                        Case number *(if known)* _____
_____
Name

---

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | | Dates of occupancy | | | |
|---|---|---|---|---|---|---|---|

**14.1** **30 N Gould St STE R**
Number        Street

From    **3/1/2023**    To    **4/7/2025**

**Sheridan**                            **WY**    **82801**
City                                    State    ZIP Code

| Address | | | | Dates of occupancy | | | |
|---|---|---|---|---|---|---|---|

**14.2** **500 River Ridge Drive, Suite 100**
Number        Street

From    **9/20/2023**    To    **8/31/2024**

**Norwood**                            **MA**    **02062-5092**
City                                    State    ZIP Code

| Address | | | | Dates of occupancy | | | |
|---|---|---|---|---|---|---|---|

**14.3** **1700 Cocoanut Road**
Number        Street

From    **9/1/2024**    To    **4/7/2025**

**Boca Raton**                        **FL**    **33432**
City                                    State    ZIP Code

| Address | | | | Dates of occupancy | | | |
|---|---|---|---|---|---|---|---|

**14.4** **1775 N Scottsdale RD STE 2453**
Number        Street

From    **10/1/2024**    To    **4/7/2025**

**Scottsdale**                        **AZ**    **85252**
City                                    State    ZIP Code

---

| **Part 8:** | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

---

Debtor    **Vyvve LLC**                                          Case number *(if known)*
          Name

|  | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|---|

**15.1**

Facility Name

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

**How are records kept?**

*Check all that apply:*

Number    Street

☐ Electronically

☐ Paper

City              State   ZIP Code

---

**Part 9:**    Personally Identifiable Information

**16.    Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes.  State the nature of the information collected and retained.  _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.    Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes.  Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| **Name of plan** | **Employer identification number of the plan** |
|---|---|

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.    Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

---

Debtor    **Vyvve LLC**                                              Case number *(if known)* _____
          Name

|  | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| **18.1** | _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State   ZIP Code | XXXX– _____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other ─ ─ ─ ─ ─ ─ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

|  | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **19.1** | _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State   ZIP Code | | | ☒ No<br>☐ Yes |
|  |  | **Address** | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

|  | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **20.1** | **Devon**<br>Name | | **See Exhibit B50.1 Upon information and belief Stephen Gatto and/or his son, Doug Gatto have taken possession of storage unit.  The Debtor continues to pay the monthly storage fee and has not abandoned its interest in the contents of the storage unit.** | ☐ No<br>☒ Yes |
|  | **5 Foxhill Drive**<br>Number    Street<br><br>**Walpole         MA    02081**<br>City          State   ZIP Code | **Address** | | |

Copyright © Financial Software Solutions, LLC                                                         BlueStylus

Debtor    __Vyvve LLC__                                    Case number *(if known)* _____
                Name

Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.    Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| **21.1** | | | | $ _____ |
| | Owner's Name | | | |
| | Number       Street | | | |
| | City                State   ZIP Code | | | |

Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|---|
| **22.1** | | | | ☐ Pending |
| | Case Number | Name | | ☐ On appeal |
| | | Number       Street | | ☐ Concluded |
| | | City                State   ZIP Code | | |

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

Copyright © Financial Software Solutions, LLC                                                                                                BlueStylus

Debtor **Vyvve LLC**                                           Case number *(if known)* _____
Name

|  | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **23.1** | _____ <br> Name | _____ <br> Name |  | _____ |
|  | _____ <br> Number   Street | _____ <br> Number   Street |  |  |
|  | _____ <br> City        State  ZIP Code | _____ <br> City        State  ZIP Code |  |  |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

|  | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **24.1** | _____ <br> Name | _____ <br> Name |  | _____ |
|  | _____ <br> Number   Street | _____ <br> Number   Street |  |  |
|  | _____ <br> City        State  ZIP Code | _____ <br> City        State  ZIP Code |  |  |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

|  | Business name and address | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
|---|---|---|---|
| **25.1** | **Entrinsic Bioscience Holdings, LLC** <br> Name <br><br> **220 Norwood Park South, Suite 100** <br> Number   Street <br><br> **Norwood          MA    02062** <br> City        State  ZIP Code | **Membership interest. The entity transferred substantially all of its assets to another entity controlled by Stephen Gatto. Value of membership interest ($1,171,250.00) was wholly written off in fiscal year 2024.** | EIN: _____ <br><br> **Dates business existed** <br><br> From _____ To  **Present** |

26. **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor    **Vyvve LLC**                                          Case number *(if known)* _____
_____
Name

| Name and address | Dates of service |
|---|---|

**26a.1** _____    From _____ To **Present**
Name

**At present, the Debtor does not have complete information required to
complete this section.**
Number       Street

_____
City                                          State    ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
statement within 2 years before filing this case.

☐  None

| Name and address | Dates of service |
|---|---|

**26b.1** _____    From _____ To **Present**
Name

**At present, the Debtor does not have complete information required to
complete this section.**
Number       Street

_____
City                                          State    ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐  None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

**26c.1** _____
Name

**At present, the Debtor does not have complete information required to
complete this section.**
Number       Street

_____
City                                          State    ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐  None

| Name and address |
|---|

**26d.1** _____
Name

**At present, the Debtor does not have complete information required to
complete this section.**
Number       Street

_____
City                                          State    ZIP Code

Debtor    **Vyvve LLC**
_____    Case number *(if known)* _____
          Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ 0.00 |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.1  _____
      Name

**At present, the Debtor does not have complete information required to complete this section.**
_____
Number          Street
_____
City                                State    ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| 28.1  Michael Michienzi | _____ | Chairman of the Board | 3.54 |
| 28.2  Steven Fraundorfer | _____ | Board of Director | 2.91 |
| 28.3  Terry Polistina | _____ | Chair of Finance | 9.65 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| 29.1  Christian Thoen | _____ | Director and employee of Entrinsic Consumer Health, LLC a/k/a Amylife Consumer Health, LLC | From _____ To 8/31/2024 |
| 29.2  Daniel Yaroush | _____ | Director and paid consultant of Amylife Consumer Health, LLC | From _____ To 8/31/2024 |
| 29.3  David Lumley | _____ | Board Member | From 8/31/2024 To 2/1/2025 |

Debtor  **Vyvve LLC**
_____  Case number *(if known)* _____
　　　　Name

| 29.4 | **Matt Hughes** | | **President of Vyvve, LLC and consultant for Amylife Consumer Health, LLC** | From _____ | To **8/31/2024** |
| 29.5 | **Michael Michienzi** | **1700 Cocoanut Road Boca Raton, FL 33432** | **Board Member** | From _____ | To **Present** |
| 29.6 | **Stephen J. Gatto** | | **Executive Chairman** | From **10/6/2023** | To **8/31/2024** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1** **AmiLyfe Bioscience**<br>Recipient's Name<br><br>Number　　Street<br><br>City　　　State　ZIP Code<br>Relationship to debtor | **$83,250.00, based on the records currently available. At present, the Debtor does not have complete information required to complete this section.** | **Various See Ex. "SOFA 30"** | _____ |
| **30.2** **Amilyfe Consumer Health LLC**<br>Recipient's Name<br>**220 Norwood Park South, Suite 100**<br>Number　　Street<br>**Norwood**　　**MA**　**02062**<br>City　　　State　ZIP Code<br>Relationship to debtor | **$75,000.00, based on the records currently available. At present, the Debtor does not have complete information required to complete this section.** | **See attached Ex. "SOFA 30"** | _____ |

Copyright © Financial Software Solutions, LLC　　　　BlueStylus

Debtor    **Vyvve LLC**        Case number *(if known)* _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | $83,670.00, based on the records currently available. At present, the Debtor does not have complete information required to complete this section. | **Various See Ex. "SOFA 30"** | |
| **30.3 EBS ACQ LLC**<br>Recipient's Name | | | _____ |
| _____<br>Number    Street | | | |
| _____<br>City    State  ZIP Code | | | |
| **Relationship to debtor**<br>_____ | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | $4,108.09, based on the records currently available. At present, the Debtor does not have complete information required to complete this section. | **Various See Ex. "SOFA 30"** | |
| **30.4 Stephen J. Gatto**<br>Recipient's Name | | | _____ |
| _____<br>Number    Street | | | |
| _____<br>City    State  ZIP Code | | | |
| **Relationship to debtor**<br>_____ | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | $10,000.00, based on the records currently available. At present, the Debtor does not have complete information required to complete this section. | **Various See Ex. "SOFA 30"** | |
| **30.5 Wildfire Creative Partners, LLC**<br>Recipient's Name | | | _____ |
| _____<br>Number    Street | | | |
| _____<br>City    State  ZIP Code | | | |
| **Relationship to debtor**<br>_____ | | | |

Copyright © Financial Software Solutions, LLC

Debtor    **Vyvve LLC**                                                   Case number *(if known)* _____
               Name

31.   **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32.   **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:**   Signature and Declaration

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **4/7/2025**
                     MM/DD/YYYY

✗   **/s/ Michael Michienzi**                                          Printed name   **Michael Michienzi**
        Signature of individual signing on behalf of the debtor

                                            **Chairman of the Board &**
        Position or relationship to debtor   **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☒ No

☐ Yes

Copyright © Financial Software Solutions, LLC            BlueStylus

**Ex. "SOFA 3"**

| Date | Vendor | Transaction type | Num | Memo/Description | Account full name | Amount |
|---|---|---|---|---|---|---|
| 02/14/2025 | Amilyfe Consumer Health LLC | Bill Payment (Check) | | Inv 1030 | 1072 Bill.com Money Out Clearing | $ (25,000.00) |
| 02/14/2025 | Amilyfe Consumer Health LLC | Bill Payment (Check) | | MIN Royalty Q4 2024 | 1072 Bill.com Money Out Clearing | $ (25,000.00) |
| 01/13/2025 | Homer Bonner Jacobs Ortiz | Bill Payment (Check) | | Inv 37945 | 1072 Bill.com Money Out Clearing | $ (32,459.00) |
| 02/03/2025 | NOVA PERSONAL CARE LABS INC. | Bill Payment (Check) | | Inv 2024-101 | 1072 Bill.com Money Out Clearing | $ (10,000.00) |
| 02/28/2025 | NOVA PERSONAL CARE LABS INC. | Bill Payment (Check) | | Inv 2025-010 | 1072 Bill.com Money Out Clearing | $ (10,000.00) |
| 02/28/2025 | Profit Maximization Consultants | Bill Payment (Check) | | Inv 2025-02 | 1072 Bill.com Money Out Clearing | $ (7,978.22) |
| 01/27/2025 | Profit Maximization Consultants | Bill Payment (Check) | | Inv 2025-01 | 1072 Bill.com Money Out Clearing | $ (5,459.21) |

**Ex. "SOFA 4"**

| Date | Vendor | Transaction type | Num | Memo/Description | Account full name | Amount |
|---|---|---|---|---|---|---|
| 07/30/2024 | Amilyfe Consumer Health LLC | Bill Payment (Check) | | | Citizen's Bank_1428 | $ (25,000.00) |
| 02/14/2025 | Amilyfe Consumer Health LLC | Bill Payment (Check) | | Inv 1030 | 1072 Bill.com Money Out Clearing | $ (25,000.00) |
| 02/14/2025 | Amilyfe Consumer Health LLC | Bill Payment (Check) | | MIN Royalty Q4 2024 | 1072 Bill.com Money Out Clearing | $ (25,000.00) |

| Date | Vendor | Transaction type | Num | Memo/Description | Account full name | Amount |
|------|--------|------------------|-----|------------------|-------------------|--------|
| 02/14/2025 | Amilyfe Consumer Health LLC | Bill Payment (Check) | | Inv 1030 | 1072 Bill.com Money Out Clearing | $ (25,000.00) |
| 02/14/2025 | Amilyfe Consumer Health LLC | Bill Payment (Check) | | MIN Royalty Q4 2024 | 1072 Bill.com Money Out Clearing | $ (25,000.00) |
| 01/13/2025 | Homer Bonner Jacobs Ortiz | Bill Payment (Check) | | Inv 37945 | 1072 Bill.com Money Out Clearing | $ (32,459.00) |
| 02/03/2025 | NOVA PERSONAL CARE LABS INC. | Bill Payment (Check) | | Inv 2024-101 | 1072 Bill.com Money Out Clearing | $ (10,000.00) |
| 02/28/2025 | NOVA PERSONAL CARE LABS INC. | Bill Payment (Check) | | Inv 2025-010 | 1072 Bill.com Money Out Clearing | $ (10,000.00) |
| 02/28/2025 | Profit Maximization Consultants | Bill Payment (Check) | | Inv 2025-02 | 1072 Bill.com Money Out Clearing | $ (7,978.22) |
| 01/27/2025 | Profit Maximization Consultants | Bill Payment (Check) | | Inv 2025-01 | 1072 Bill.com Money Out Clearing | $ (5,459.21) |

# United States Bankruptcy Court

## Southern District of Florida

In re **Vyvve LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **4/7/2025**

**/s/ Michael Michienzi**

**Michael Michienzi**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**2782 Growth Advisors LLC**
**2782 Margaret Mitchell Drive NW**
**Atlanta, GA 30327**

**Ben Linden**
**1 Jacqueline Circle**
**Natick, MA 01760**

**Carta Investor Services, Inc.**
**333 Bush Street, Floor 23, Suite 2300**
**San Francisco, CA 94101**

**EAG New England, LLC (EisnerAmper)**
**160 Federal St., 9th Floor**
**Boston, MA 02110**

**Entrinsic Consumer Health, LLC a/k/a Amilyfe Consumer Health LLC**
**220 Norwood Park South, Suite 100**
**Norwood, MA 02062**

**Entrinsic Consumer Health, LLC a/k/a Amilyfe Consumer Health LLC**
**500 River Ridge Drive, Suite 100**
**Norwood, MA 02062**

**Greenberg Traurig**
**8400 NW 36TH Street, Suite 400**
**Miami, FL 33166**

**Homer Bonner Jacobs Ortiz**
**1441 Brickell Avenue**
**Miami, FL 33131**

**Meaningful Beauty LLC**
**100 N. Pacific Coast Highway, 16th Floor**
**El Segundo, CA 90245**

Copyright © Financial Software Solutions, LLC

**Morse, Barnes-Brown & Pendleton**
**480 Totten Pond Road , 4th Floor**
**Waltham, MA 02451**


**Profit Maximization Consultants**
**1776 N Scottsdale Rd 2453**
**Scottsdale, AZ 85252**


**Wildfire Creative Partners, LLC**
**473 South Street**
**Foxboro, MA 02035**

Copyright © Financial Software Solutions, LLC